# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SHAWN FARRELL MOON                                              PLAINTIFF

V.                  3:14CV00286 KGB/JTR

POINSETT COUNTY DETENTION CENTER; and
JOEY MARTIN                                         DEFENDANTS

## **ORDER**

Plaintiff has filed a *pro se* Complaint alleging that his constitutional rights were violated while he was confined in the Poinsett County Detention Center. *Doc. 2.* It appears from the Complaint and the Application to Proceed *In Forma Pauperis* that Plaintiff is not currently in custody and that he was not in custody at the time he commenced this action.

IT IS THEREFORE ORDERED THAT the Clerk is directed to change Plaintiff's mailing address to the private address listed on the Complaint and to redocket this lawsuit as a "440" civil action.

Dated this 9th day of December, 2014.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE