IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SHAWN FARRELL MOON**                                                **PLAINTIFF**

**v.**                      **Case No. 3:14-cv-00286-KGB**

**POINSETT COUNTY**
**DETENTION CENTER and**
**JOEY MARTIN**                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief sought is denied.

SO ADJUDGED this the 30th day of November, 2015.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge